November 29, 1974.

M. P. No. 74-72. THOMAS W. HEMENWAY v. CHERYL L. HEMENWAY. Second motion of petitioner to adjudge respondent in contempt of the order entered on May 10, 1974 and for other

relief is denied. Motion of respondent to remand to the Family Court for the purpose of holding a hearing on her motion to have petitioner adjudged in contempt and for custody of children is denied. Joslin, J. not participating. *Moore, Virgadamo, Boyle & Lynch, Ltd., Francis J. Boyle, Robert M. Silva, Joseph R. Palumbo, Jr.,* for petitioner. *Kirshenbaum & Kirshenbaum, Isidore Kirshenbaum,* for respondent.